UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CLARK STOECKLEY,

                                Plaintiff,

          - against -

THE COUNTY OF NASSAU, Nassau County
Police Detective Jr. EDWARD J. ROGAN
(Shield No. 882), Nassau County Police
Detective JEFF RAYMOND (Shield No. 673),
Nassau County Police Detective CARL TRIOLO,
and P.O. JOHN DOE's 1-4 (the names John Doe
being fictitious, as the true names and shield
numbers are not presently known), in their
individual capacities,

                               Defendants.
-------------------------------------------------------------X

**ORDER**

CV 15-514 (LDW) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

       The Court has received Plaintiff's December 30, 2015 letter motion.  DE 35.  As Plaintiff's counsel acknowledges in his motion, the parties did not meet-and-confer prior to Plaintiff making this application as required under Local Civil Rule 37.3.  Accordingly, Plaintiff's motion is DENIED, without prejudice and with the right to renew once the parties have fulfilled their obligations under Local Rule 37.3.  The Court is hard pressed to believe that the issues raised in Plaintiff's motion cannot be resolved between counsel.  However, Plaintiff's counsel is free to renew his motion once the parties have completed their meet-and-confer, and that motion must include a certification to that effect.

                                                              **SO ORDERED**.

Dated:  Central Islip, New York
           January 5, 2016

/s/ A. Kathleen Tomlinson  
A. KATHLEEN TOMLINSON  
U.S. Magistrate Judge
