*Stoeckley v. Raymond*, CV 15-514

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  JUL 22 2016  ★

LONG ISLAND OFFICE

## VERDICT SHEET

### False Arrest

1. Has Defendant Raymond proven by a preponderance of the evidence that he had probable cause to arrest Plaintiff on October 16, 2012?

   YES _____        NO ___✗___

   **If you answered "YES" to Question 1, you are finished.**

   **If you answered "NO" to Question 1, proceed to Question 2.**

### DAMAGES

2. In what amount do you award Plaintiff compensatory damages for:

   A. Loss of Liberty:              $ 1,000 xx

   B. Mental Anguish and Suffering: $ 1,000 xx

YOU ARE FINISHED. RETURN TO THE COURTROOM.

*Pamela Brandenberger*
Foreperson

-1-


COURT EXHIBIT
3
15-CV-0514