UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X 15-CV-514(LDW)(AKT)
CLARK STOECKLEY,

                       Plaintiff,

      * against *

THE COUNTY OF NASSAU, Nassau County      STIPULATION AND
Police Detective JEFF RAYMOND (Shield No. 673)   ORDER OF DISMISSAL
Nassau County Police Detective ROBERT
DROLIK, in their individual capacities,

                       Defendants.
--------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, Jeff Raymond, that whereas the claims presented by this action has been settled, that this action may be dismissed pursuant to F.R.C.P. 41(a)(2) on the consent of the parties without an award of costs and/or disbursements against any party. The dismissal of the action is with prejudice.

| LAW OFFICE OF | CARNELL T. FOSKEY |
| RANKIN & TAYLOR | Nassau County Attorney |

By _____       By _____
David Rankin, Esq.                                Andrew R. Scott
11 Park Place, Suite 914                    Deputy County Attorney
New York, New York 10007               1 West Street
(212) 658-9480                                      Mineola, New York 11501
                                                  (516) 571-3013

SO ORDERED

_____
Hon. Leonard D. Wexler