UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X 15-CV-514(LDW)(AKT)
CLARK STOECKLEY,

                Plaintiff,

* against *

THE COUNTY OF NASSAU, Nassau County       STIPULATION AND
Police Detective JEFF RAYMOND (Shield No. 673)   ORDER OF DISMISSAL
Nassau County Police Detective ROBERT
DROLIK, in their individual capacities,

                Defendants.
----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 13 2016 ★
LONG ISLAND OFFICE

    IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, Jeff Raymond, that whereas the claims presented by this action has been settled, that this action may be dismissed pursuant to F.R.C.P. 41(a)(2) on the consent of the parties without an award of costs and/or disbursements against any party. The dismissal of the action is with prejudice.

LAW OFFICE OF
RANKIN & TAYLOR

By _____
David Rankin, Esq.
11 Park Place, Suite 914
New York, New York 10007
(212) 658-9480

CARNELL T. FOSKEY
Nassau County Attorney

By _____
Andrew R. Scott
Deputy County Attorney
1 West Street
Mineola, New York 11501
(516) 571-3013

SO ORDERED  Case is Closed

_____  9/13/16
Hon. Leonard D. Wexler